In the Matter of STEPHEN H. MASON, Appellant, *v.* FRED W. WULFING, as Mayor of the Village of Munsey Park, et al., Respondents.

Argued June 7, 1937; decided July 13, 1937.

*C. Malcolm Dowsey* and *Frank E. Chester* for appellant. *Herman Block* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.